IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Bataski Bailey,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:20-cv-4951-AT-JKL |
| | ) |
| **CITIZENS TRUST BANK,** | ) |
| **MCBRYAN LLC, and** | ) |
| **TRANS UNION LLC** | ) |
| | ) |
| Defendants. | ) |

## JOINT STIPULATION TO DISMISS WITH PREJUDICE PLAINTIFF'S CLAIMS AGAINST CITIZENS TRUST BANK

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, Citizens Trust Bank (CTB), that pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(ii), Plaintiff's claims against CTB are dismissed with prejudice. Each party shall bear its own costs and attorney fees.

1

Respectfully submitted this 19th day of January, 2021.

s/Bataski Bailey
Bataski Bailey, *Pro Se*
238 Walker Street SW, Unit 36
Atlanta, GA 30313
bataskib@hotmail.com

/s/ A. Christian Wilson, Esq.
A. CHRISTIAN WILSON
Attorney for Citizens Trust Bank
State Bar Number: 357811
SIMPSON, UCHITEL & WILSON, L.L.P.
One Securities Centre, Suite 1100
3490 Piedmont Road, N.E.
Atlanta, Georgia 30305
(404) 266-2421
cwilson@suwllp.com                                            ACW/kep

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **Bataski Bailey,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )    **CASE NO. 1:20-cv-4951-AT-JKL** |
| | ) |
| **CITIZENS TRUST BANK,** | ) |
| **MCBRYAN LLC, and** | ) |
| **TRANS UNION LLC** | ) |
| | ) |
|     **Defendants.** | ) |

## LOCAL RULE 5.1 CERTIFICATION

I hereby certify the forgoing JOINT STIPULATION TO DISMISS WITH PREJUDICE PLAINTIFF'S CLAIMS AGAINST CITIZENS TRUST BANK has been prepared in Times New Roman 14. point font in accordance with Local Rule 5.1.

Respectfully submitted this 19th day of January, 2021.

    /s/ A. Christian Wilson, Esq.
    A. CHRISTIAN WILSON
    Attorney for Citizens Trust Bank
    State Bar Number: 357811
    SIMPSON, UCHITEL & WILSON, L.L.P.
    One Securities Centre, Suite 1100
    3490 Piedmont Road, N.E.
    Atlanta, Georgia 30305
    (404) 266-2421
    cwilson@suwllp.com