FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JAN 1 5 2020

JAMES N. HATTEN, Clerk
By:  Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **Bataski Bailey,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CASE NO. 1:20-cv-4951-AT-JKL |
| | ) |
| **CITIZENS TRUST BANK,** | ) |
| **MCBRYAN LLC, and** | ) |
| **TRANS UNION LLC** | ) |
| | ) |
| **Defendants.** | ) |

## JOINT STIPULATION TO DISMISS WITH PREJUDICE PLAINTIFF'S CLAIMS AGAINST CITIZENS TRUST BANK

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, Citizens Trust Bank (CTB), that pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(ii), plaintiff's claims against CTB are dismissed with prejudice. Each party shall bear its own costs and attorney fees.

Entered as dismissed pursuant to Rule 41(a)(1)(A)(ii), F.R.C.P.
JAMES N. HATTEN, Clerk
By:   s/A. Gee
      Deputy Clerk
Date: 1/19/2021

Respectfully submitted this 13th day of January, 2021.

s/Bataski Bailey
Bataski Bailey, *Pro Se*
238 Walker Street SW, Unit 36
Atlanta, GA 30313
bataskib@hotmail.com


s/ A. Christian Wilson
A. Christian Wilson
SIMPSON, UCHITEL & WILSON, LLP
One Ameris Center, Suite 1100
3490 Piedmont Rd. NE
Atlanta, GA  30305
(404) 266-2421

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Bataski Bailey,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CASE NO. 1:20-cv-4951-AT-JKL |
| | ) |
| **CITIZENS TRUST BANK,** | ) |
| **MCBRYAN LLC, and** | ) |
| **TRANS UNION LLC** | ) |
| | ) |
| **Defendants.** | ) |

## LOCAL RULE 5.1 CERTIFICATION

I hereby certify the forgoing <u>JOINT STIPULATION TO DISMISS WITH PREJUDICE PLAINTIFF'S CLAIMS AGAINST CITIZENS TRUST BANK</u> has been prepared in Times New Roman 14. point font in accordance with Local Rule 5.1.

Respectfully submitted this 5th day of January, 2021.

<u>s/Bataski Bailey</u>
Bataski Bailey, *Pro Se*
238 Walker Street SW, Unit 36
Atlanta, GA 30313
bataskib@hotmail.com

3