IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BATASKI BAILEY,

    Plaintiff,

v.                                    Case No.: 1:20-cv-4951-AT-JKL

REGIONS BANK, CITIZENS
TRUST BANK, MCBRYAN, LLC,
and TRANS UNION LLC,

    Defendants.

## JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE JOHN K. LARKINS, III:

The parties hereby respectfully notify the Court that Plaintiff and Defendant Trans Union LLC have settled all claims between them in this matter. Each party will bear its own attorneys' fees and court costs. Trans Union and Plaintiff will present dismissal documents to the court as soon as possible. The parties request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Dated:  April 22, 2021

                                               Respectfully submitted,

                                               */s/ Michael Merar*
                                               Michael Merar
                                               Georgia Bar No. 966038
                                               mmerar@qslwm.com
                                               Jibril Greene (Admitted *Pro Hac Vice*)

jgreene@qslwm.com
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
6900 North Dallas Parkway, Suite 800
Plano, Texas 75024
(214) 560-5443
Facsimile:  (214) 871-2111
and
Alex M. Barfield
Georgia Bar No. 037147
alex.barfield@stantonlawllc.com
STANTON LAW, LLC
410 Plasters Avenue, NE, Suite 200
Atlanta, Georgia 30324
(404) 881-1288
***Counsel for Trans Union LLC***

Respectfully submitted,

/s/ Bataski Bailey
Bataski Bailey
238 Walker Street SW, Unit 36
Atlanta, GA 30313
***Plaintiff, Pro Se***

2

4037797.1

## **LOCAL RULE 5. 1 CERTIFICATION**

I hereby certify that Defendant Trans Union LLC's Certificate of Interested Persons and Corporate Disclosure Statement with the font type and margin requirements of Times New Roman, 14-point font, in accordance with Local Rule 5.1.

                                        */s/ Michael Merar*
                                        **MICHAEL MERAR**

4037797.1

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of normally record:

None

I further certify that I forwarded a copy of the foregoing and corresponding NEF by United States First Class Mail and Electronic Mail on the following non-filing user:

Bataski Bailey
238 Walker St. SW, Unit 36
Atlanta, GA 30313
(404) 933-9014
bataskib@hotmail.com
***Plaintiff, Pro Se***

          */s/ Michael Merar*
          **MICHAEL MERAR**

4037797.1