IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BATASKI BAILEY,<br><br>    Plaintiff,<br><br>v.<br><br>TRANS UNION LLC,<br><br>    Defendant. | CIVIL ACTION FILE NO.<br><br>1:20-cv-4951-AT-JKL |

**ORDER**

This matter is presently before the Court *sua sponte*. On April 22, 2021, the parties filed a Joint Notice of Settlement indicating that they "have settled all claims . . . in this matter." [Doc. 86 at 1.] The parties will file the appropriate paperwork to dismiss the case once the settlement is finalized.

The Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case. The parties shall file the appropriate dismissal documents within 60 days of the date of this Order. If the parties need additional time, they should move for such

additional time to finalize the settlement. If the settlement fails, the parties should promptly move to reopen the case.[1]

IT IS SO ORDERED this 23rd day of April, 2021.

_____
JOHN K. LARKINS III
United States Magistrate Judge

---

[1] Administrative closure is a docket-control device used by the Court for statistical purposes. The parties need only file a motion to reopen the case if settlement negotiations fail. Administrative closure will not prejudice the rights of the parties to this litigation in any manner.