IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BATASKI BAILEY,

    Plaintiff,

v.

REGIONS BANK, CITIZENS
TRUST BANK, MCBRYAN, LLC,
and TRANS UNION LLC,

    Defendants.

Case No.: 1:20-cv-4951-AT-JKL

## STIPULATION OF DISMISSAL WITH PREJUDICE OF TRANS UNION LLC

TO THE HONORABLE JUDGE JOHN K. LARKINS, III:

Plaintiff Bataski Bailey, and Defendant Trans Union LLC file this Stipulation of Dismissal with Prejudice and in support thereof would respectfully show the Court as follows:

There are no longer any issues in this matter between Bataski Bailey and Trans Union LLC to be determined by this Court. Plaintiff and Trans Union LLC hereby stipulate that all claims and causes of action that were or could have been asserted against Trans Union LLC are hereby dismissed with prejudice, with court costs and attorneys' fees to be paid by the party incurring same.

2000990.1

1

Respectfully submitted,

*/s/ Michael Merar*

Michael Merar
Georgia Bar No. 966038
mmerar@qslwm.com
Jibril Greene
Admitted Pro Hac Vice
jgreene@qslwm.com
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
6900 North Dallas Parkway, Suite 800
Plano, Texas 75024
(214) 560-5443
Facsimile: (214) 871-2111
and
Alex M. Barfield
Georgia Bar No. 037147
alex.barfield@stantonlawllc.com
STANTON LAW, LLC
410 Plasters Avenue, NE, Suite 200
Atlanta, Georgia 30324
(404) 881-1288
**Counsel for Trans Union LLC**


Respectfully submitted,


*/s/ Bataski Bailey*

Bataski Bailey
bataskib@hotmail.com
238 Walker Street SW, Unit 36
Atlanta, GA 30313
**Plaintiff, Pro Se**

## **LOCAL RULE 5. 1 CERTIFICATION**

I hereby certify that STIPULATION OF DISMISSAL WITH PREJUDICE OF TRANS UNION LLC with the font type and margin requirements of Times New Roman, 14-point font, in accordance with Local Rule 5.1.

*/s/ Michael Merar*
**MICHAEL MERAR**

2000990.1

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of normally record:

None

I further certify that I forwarded a copy of the foregoing and corresponding NEF by United States First Class Mail and Electronic Mail on the following non-filing user:

Bataski Bailey
238 Walker St. SW, Unit 36
Atlanta, GA 30313
(404) 933-9014
bataskib@hotmail.com
***Plaintiff, Pro Se***

                    */s/ Michael Merar*
                    **MICHAEL MERAR**